■ The People of the State of New York, Respondent, v Clive Lewis, Appellant. [737 NYS2d 291] —Judgment, Supreme Court, Bronx County (Frank Torres, J.), rendered December 2, 1998, convicting defendant, after a jury trial, of robbery in the first and second degrees, burglary in the first degree and assault in the second degree, and sentencing him, as a second felony offender, to an aggregate term of 6½ to 13 years, unanimously affirmed.

Defendant's challenges for cause were properly denied. The prospective jurors at issue expressed no doubt as to their impartiality (*compare*, *People v Arnold*, 96 NY2d 358), and viewing each of their responses as a whole, neither of them made any statements that rose to the level of "cast[ing] serious doubt on their ability to render a fair verdict under the proper legal standards" (*People v Bludson*, 97 NY2d 644, 646). Concur—Nardelli, J.P., Tom, Mazzarelli, Lerner and Buckley, JJ.

■ The People of the State of New York, Respondent, v Sheldon Mitchell, Appellant. [737 NYS2d 291] —Judgments, Supreme Court, New York County (Felice Shea, J.), rendered December 12, 1997, convicting defendant, after a jury trial, of three counts of criminal sale of a controlled substance in the third degree and three counts of criminal sale of a controlled substance in or near school grounds, and also convicting him, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to seven concurrent terms of 6 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning identification and credibility. The observing officer, who had an ample opportunity to view defendant as he made a series of drug sales to apprehended buyers, made a prompt and reliable identification of defendant. Concur—Nardelli, J.P., Tom, Mazzarelli, Lerner and Buckley, JJ.